

Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022
T +1 212 918 3000
F +1 212 918 3100
www.hoganlovells.com

January 5, 2017

**VIA ECF**

Honorable Katherine B. Forrest
U.S. District Court for Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:   Chan v. Chinese-American Planning Council Home Attendant Program, Inc.,
       15-cv-09605

Dear Judge Forrest:

Pursuant to the Court's instruction of December 13, 2016, we write to jointly report on the status of the case.

The *Chan* case is currently pending before Arbitrator Martin F. Scheinman. Arbitrator Scheinman found by Award on October 25, 2016 that the *Chan* grievances were arbitrable. Counsel for 1199SEIU submitted an application by letter on October 28, 2016 requesting that Arbitrator Scheinman modify the Award. Counsel for CPC opposed this application by letter on November 10, 2016. On December 15, 2016, Arbitrator Scheinman decided to reserve decision on the motion to modify the award. Arbitrator Scheinman will be scheduling a mediation forthwith.

Respectfully submitted,

Kenneth Kirschner

Partner
kenneth.kirshner@hoganlovells.com
D 212 918 3260

cc:   Michael Taubenfeld, Esq.
       Liane Fisher, Esq.
       Carmela Huang, Esq.