```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
LAI CHAN, et al.,                                           :
                                         Plaintiffs,        :
                                                            :             15 Civ. 9605 (LGS)
                   -against-                                :
                                                            :                  ORDER
CHINESE-AMERICAN PLANNING COUNCIL                           :
HOME ATTENDANT PROGRAM, INC.                                :
                                         Defendant.         :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/20/2018

LORNA G. SCHOFIELD, District Judge:

WHEREAS, pursuant to the terms of a collective bargaining agreement, this case is stayed pending mediation and arbitration proceedings. The agreement provides that the dispute must be submitted to mediation before it is submitted to arbitration.

WHEREAS, on December 15, 2015, Defendants stated that the arbitration and mediation process "has already commenced" (Dkt. No. 6);

WHEREAS, the parties are still in mediation as of November 19, 2018. It is hereby

**ORDERED** that on **December 20, 2018, at 10:30 a.m.**, a status conference will be held. The topics to be discussed at the conference include the status of the arbitration and mediation proceedings (and the source of the delays), whether the stay should be lifted, and whether dismissal for failure to prosecute would be appropriate if the parties do not make substantial progress in the mediation and arbitration proceedings. It is further

**ORDERED** that by **December 13, 2018**, the parties shall file letters on ECF, not to exceed three pages, apprising the Court of any information pertinent to the above issues.

Dated: November 20, 2018
       New York, New York

                                                  _____
                                                  LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE