```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
LAI CHAN, et al.,                                             :
                                 Plaintiffs,                  :
                                                              :         15 Civ. 9605 (LGS)
             -against-                                        :
                                                              :                ORDER
CHINESE-AMERICAN PLANNING COUNCIL                             :
HOME ATTENDANT PROGRAM, INC.,                                 :
                                 Defendant.   X
-------------------------------------------------------------
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated October 1, 2018, directed the parties to file a joint status letter regarding the mediation and/or arbitration proceedings on November 15, 2018, and every 45 days thereafter. Dkt. No. 78. Accordingly, the parties were required to file a joint status letter on September 24, 2020.

WHEREAS, no such letter was filed. It is hereby

**ORDERED** that, by **October 1, 2020**, the parties shall file the status letter.

Dated: September 28, 2020
New York, New York

*[Signature]*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**