

Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
T  +1 212 918 3000
F  +1 212 918 3100
www.hoganlovells.com

December 24, 2020

**By ECF**

Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Chan v. Chinese-American Planning Council Home Attendant Program, Inc.*,
      **15-cv-09605 (LGS)**

Dear Judge Schofield:

    We represent the defendant, Chinese-American Planning Council Home Attendant Program, Inc. ("CPC") in the above-captioned matter. We write jointly with Plaintiffs' counsel per Your Honor's Order dated October 1, 2018 [Dkt 78], requiring a joint status update every 45 days. Respectfully, the parties write without waiving, and expressly preserve, the privileged and confidential nature of the parties' arbitration proceedings.

    Discovery remains ongoing in the arbitration. Plaintiffs' counsel's motion to intervene to vacate, modify or stay the Arbitrator's jurisdictional award is still pending before Judge Koeltl, though Judge Koeltl recently held oral arguments and asked for, and received, supplemental briefing.

    We will continue to keep Your Honor apprised of the progress of the Arbitration.

Respectfully submitted,

/s/ Kenneth Kirschner

Kenneth Kirschner
Partner
kenneth.kirshner@hoganlovells.com
D 212 918 3260

cc:   Counsel to All Parties (by ECF)

\\NY - 038170/000002 - 10116617 v5