UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
LAI CHAN, et al., :
                         Plaintiffs, :
: 15 Civ. 9605 (LGS)
        -against- :
: ORDER
CHINESE-AMERICAN PLANNING COUNCIL :
HOME ATTENDANT PROGRAM, INC., :
                        Defendant. :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Order dated October 1, 2018, directed the parties to file a joint status letter regarding the mediation and/or arbitration proceedings on November 15, 2018, and every forty-five days thereafter. Dkt. No. 78. Accordingly, the parties were required to file a joint status letter on August 12, 2021.

       WHEREAS, no such joint status letter was filed. It is hereby

       **ORDERED** that by **August 16, 2021**, the parties shall file a joint status letter.

Dated: August 13, 2021
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**