UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
LAI CHAN, et al.,                                             :
                                       Plaintiffs,            :
                                                              :          15 Civ. 9605 (LGS)
                  -against-                                   :
                                                              :                ORDER
CHINESE-AMERICAN PLANNING COUNCIL                             :
HOME ATTENDANT PROGRAM, INC.,                                 :
                                       Defendant.             :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order dated October 1, 2018, directed the parties to file a joint status letter regarding the mediation and/or arbitration proceedings on November 15, 2018, and every forty-five days thereafter. (Dkt. No. 78.) Accordingly, the parties were required to file a joint status letter on December 27, 2021.

      WHEREAS, no such joint status letter was filed. It is hereby

      **ORDERED** that by **January 4, 2022**, the parties shall file a joint status letter.

Dated: December 28, 2021
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**