UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LAI CHAN, et al.,
                Plaintiffs,

-against-

CHINESE-AMERICAN PLANNING COUNCIL
HOME ATTENDANT PROGRAM, INC.,
                Defendant.
------------------------------------------------------------X

15 Civ. 9605 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order dated October 1, 2018, directed the parties to file a joint status letter regarding the mediation and/or arbitration proceedings on November 15, 2018, and every forty-five days thereafter. (Dkt. No. 78.) Accordingly, the parties were required to file a joint status letter on March 25, 2022.

    WHEREAS, no such joint status letter was filed. It is hereby

    **ORDERED** that by **March 30, 2022**, the parties shall file a joint status letter.

Dated: March 28, 2022
       New York, New York

                                        LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE